IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| BEN ROTEN, | § | |
| | § | |
| Defendant Below, | § | No. 356, 2018 |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | ID. No. 0401005180 (S) |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: September 4, 2018
Decided: October 2, 2018

Before **VALIHURA**, **VAUGHN**, and **SEITZ**, Justices.

# O R D E R

After careful consideration of the appellant's opening brief, the appellee's motion to affirm, and the record below, we conclude that the judgment below should be affirmed on the basis of the Superior Court's well-reasoned order, dated June 26, 2018, denying the appellant's fourth motion for postconviction relief. The Superior Court did not err in concluding that the motion was procedurally barred and did not satisfy the pleading requirements of Superior Court Criminal Rule 61(d)(2).

NOW, THEREFORE, IT IS ORDERED that motion to affirm is GRANTED and the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/ James T. Vaughn, Jr.
Justice